UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:

Savannah Lynne Clark                                    CASE NO. 20-30175

    Debtor                                              CHAPTER 13

\*\* \*\* \*\* \*\* \*\*

### ORDER

This matter having come before the Court on Motion by the debtor to Suspend Plan Payments to the Trustee and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the debtor's plan payments be suspended from March 27, 2020 to June 1, 2020 and these suspended payments shall be satisfied by increasing payment plan after economic hardship.

Date: _____                BY THE COURT

_____
Thomas H. Fulton
United States Bankruptcy Judge
Dated: May 18, 2020

Tendered By and Distribution:

Dawn L. McCauley 89310
Dawn L. McCauley, Attorney at Law
144 West Main Street
Lebanon, KY 40033
(270) 692-0684
(270) 692-0784
lebanonlawyer@cs.com